## 9981

### STATE v. BROUGHTON.

#### (96 S. E. 992.)

Before PEURIFOY, J., Jasper, Summer term, 1917. Affirmed.

Willie Broughton was convicted of selling whiskey, and he appeals.

· Statement: The contention by defendant is that he bought a pint of whiskey for two other parties, acting solely as their messenger and in no way participating in the sale.

*Mr. Klaugh Purdy,* for appellant, submits: *That statutes prohobiting the sale of intoxicating liquors are directed against the act of selling only, and that the offense is committed only by the vendor, or someone who aids him in the selling, and that the purchaser, or those who aid him in the purchase, are not guilty of aiding or abetting in the commission of the offense:* 96 S. C. 8; 205 Fed. 8.

*Mr. Solicitor Warren,* for the State-respondent (oral argument).

June 22, 1918.

The opinion of the Court was delivered by Mr. JUSTICE WATTS.

The appellant was charged with selling whiskey, tried, convicted, and sentenced by Judge Peurifoy at the July term of Court, 1917, for Jasper county. Appeal is made on the ground that his Honor erred in not granting a new trial, as there was no testimony to support the verdict. It appears that no motion was made to direct a verdict in the Court below, but it appears that counsel for defendant and State argued to the jury that the question was one of law, and not

of fact, and their verdict would depend upon the charge of the presiding Judge. His Honor's charge was full, complete and fair, and free from error.

Exceptions overruled.

Judgment affirmed.